IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GREGORY LEE, #184070, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CIVIL ACTION NO. 2:10cv634-WHA ) |
| WARDEN LOUIS BOYD, et al., | ) (WO) ) |
| Defendants. | ) |

**ORDER**

This case is before the court on the Recommendation of the Magistrate Judge (Doc. #3), entered on July 27, 2010. There being no objections filed by the Plaintiff, the Recommendation is adopted, and it is hereby

ORDERED that this case is DISMISSED without prejudice for the Plaintiff's failure to pay the full filing fee upon the initiation of this case. A final judgment will be entered in accordance with this order.

DONE this 17th day August, 2010.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE