IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GREGORY LEE, #184070, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 2:10cv634-WHA |
| | ) |
| WARDEN LOUIS BOYD, et al., | )          (WO) |
| | ) |
| Defendants. | ) |

**<u>FINAL JUDGMENT</u>**

In accordance with the order of the court entered on this day,

Final Judgment is entered in favor of the Defendants, and against the Plaintiff, Gregory Lee, and this case is DISMISSED without prejudice.

DONE this 17th day August, 2010.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE